# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| Nasima Sarwar,<br><br>        Plaintiff,<br><br>vs.<br><br>BMW of North America, LLC,<br><br>        Defendant. | Civil Action No. 2:18-cv-16750-MCA-LDW<br><br>**JOINT STATUS REPORT LETTER** |

      Pursuant to the Order of this Court, the parties, through their undersigned counsel, hereby submit the following Joint Status Report Letter:

      1.     On November 13, 2020, the Court entered an Order granting Defendant's Motion to Dismiss the Second Amended Complaint for lack of subject matter jurisdiction without prejudice, and further granting Plaintiff leave to file an amended complaint within thirty (30) days. [Dkt. 60].

      2.     On November 27, 2020, Plaintiff filed her Unopposed Motion to Extend Deadline to Move for Reconsideration [Dkt 61], which the Court granted by an Order dated November 30, 2020 [Dkt. 62], making Plaintiff's deadline to serve and file a motion for reconsideration of the Court's November 13, 2020 Order set for December 11, 2020.

      3.     Subsequently, Plaintiff opted not to seek reconsideration of the Court's November 13, 2020 Order.

      4.     On February 1, 2021, the Court entered an Order [Dkt. 64] directing the parties to file a joint letter updating the Court about the status of this action in light of the subject matter jurisdiction deficiency identified in the Court's November 13, 2020 Order.

      5.     The parties have conferred.

2

6.	The parties request an Order from the Court dismissing this action for lack of subject matter jurisdiction.

Respectfully submitted this 8th day of February, 2021.

| | |
|---|---|
| */s/ Sofia Balile* | */s/ Thomas J. Sateary* |
| Sofia Balile, Esq. | Thomas J. Sateary |
| LEMBERG LAW, LLC | LINDABURY, MCCORMICK, |
| 43 Danbury Road | ESTABROOK & COOPER, P.C. |
| Wilton, CT 06897 | 53 Cardinal Drive |
| Telephone: (203) 653-2250 | Westfield, NJ 07091 |
| Facsimile: (203) 653-3424 | Telephone: (908) 233-6800 |
| *Attorney for Plaintiff* | Facsimile: (908) 233-5078 |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2021, a true and correct copy of JOINT STATUS REPORT LETTER was filed with the Clerk of the Court using the CM/ECF System, which will automatically generate notices of electronic filing.

                */s/ Sofia Balile*
                 Sofia Balile, Esq.