**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (Newark)**

| | |
|---|---|
| Nasima Sarwar, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW of North America, LLC, <br><br> Defendant. | Civil Action No.: 2:18-cv-16750-MCA-LDW |

## STIPULATION TO DISCONTINUE ACTION

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to this Court entering an order to discontinue action for lack of subject matter jurisdiction. In support of this stipulation, the Parties state as follows:

1. On November 27, 2019, the Court entered an order (Dkt. No. 42) stating that all claims, other than by first-named plaintiff Nasima Sarwar, are severed and dismissed without prejudice and may be filed as separate actions. In addition, the Court ordered that the statute of limitations for any claim asserted in this case is deemed tolled during the pendency of this action and for a period of thirty (30) days from the date of that order.

2. On November 13, 2020, the Court entered an Order granting Defendant's Motion to Dismiss Plaintiff Nasima Sarwar's Second Amended Complaint for lack of subject matter jurisdiction without prejudice, and further granting Plaintiff leave to file an amended complaint. (Dkt. No. 60).

3. The Parties agree to the Court to discontinue this action without prejudice for lack of subject matter jurisdiction.

WHEREFORE, the Parties respectfully request that the Court enter an order to discontinue this action without prejudice for lack of subject matter jurisdiction.

2

Dated: March 2, 2021

Respectfully submitted,

  /s/  Sofia Balile
Sofia Balile, Esq.
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
*Attorneys for Plaintiff*


  /s/ Thomas J. Sateary

Thomas J. Sateary, Esq.
LINDABURY, MCCORMICK, ESTABROOK
& COOPER, P.C.
53 Cardinal Drive
Westfield, NJ 07091
Telephone: (908) 233-6800
*Attorney for Defendant*

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) on all counsel of record.

                                            By /s/ Sofia Balile
                                                Sofia Balile